```
DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
JASON HEATH, State Bar No. 180501
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2040
Facsimile: (831) 454-2115
```

Attorneys for Defendant COUNTY OF SANTA CRUZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| COUNTY OF SANTA CRUZ,<br><br>   Plaintiff,<br><br>v.<br><br>ABBEY GROUP CONSULTANTS, INC.,<br><br>   Defendant. | No. CV 10-02478 PVT<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND REFERENCE TO MEDIATION |
| ABBEY GROUP CONSULTANTS, INC.,<br><br>   Counterclaimant,<br><br>v.<br><br>COUNTY OF SANTA CRUZ,<br><br>   Counterdefendant. | |

## STIPULATION

The case management conference in this case is scheduled for August 24, 2010. The parties have agreed to mediate the case and have had their initial call with the Court's alternative dispute resolution program. The parties intend to mediate the case within the next

*County of Santa Cruz v. Abbey Group Consultants, Inc.*
CV 10-02478 PVT, Stipulation and Order to Continue Case Management Conference and Reference to Mediation

-1-

120 days.  In order to efficiently litigate this case, the parties request that the Court vacate and continue the case management conference for 120 days.  Assuming the Court grants this request, the parties will file a new joint case management conference statement before the next scheduled conference.

Dated:  August 23, 2010                DANA McRAE, COUNTY COUNSEL

                                                             /s/
                                       Attorneys for County of Santa Cruz

Dated:  August 23, 2010                PETER H. CUTTITTA

                                                             /s/
                                       Attorneys for Abbey Group Consultants, Inc.

## ORDER

For good cause shown, the August 24, 2010, case management conference in this case is vacated, and a new case management conference is scheduled for 2:00 pm on December 14, 2010.  This case is hereby referred to court sponsored mediation to occur within 120 days.

Dated:  ____8/24/10_____                *Patricia V. Trumbull*

                                                        Magistrate Judge Patricia V. Trumbull