1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| COUNTY OF SANTA CRUZ, | ) | Case No.: C 10-02478 PSG |
| | ) | |
| Plaintiff, | ) | **ORDER REGARDING SCHEDULING OF SETTLEMENT CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | |
| ABBEY GROUP CONSULTANTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

At the case management conference held on February 15, 2011, the parties requested a judicial settlement conference.  If the parties wish to proceed with a settlement conference, they are directed to contact Patricia Cromwell, courtroom deputy to Magistrate Judge Howard R. Lloyd, to schedule the settlement conference.

Dated: April 13, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER